AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 05, 2024**

SEAN F. McAVOY, CLERK
</div>

HUMAN RIGHTS DEFENSE CENTER,

_____

*Plaintiff*

v.

JEFFREY A. UTTECHT, Superintendent of Coyote Ridge
Corrections Center of The Washington Department of Corrections,
in his individual and official capacities; and JOHN D. TURNER,
Mailroom Sergeant of Coyote Ridge Corrections Center, in his
individual and official capacities,

*Defendants*

)
)
)
)
)
)

Civil Action No.   4:21-CV-5047-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Defendants' Renewed Motion for Summary Judgment, ECF No. 95, is GRANTED.
Plaintiff's Amended Motion for Summary Judgment and Permanent Injunction, ECF No. 97, is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   THOMAS O. RICE _____ on cross-motions.

Date:  4/5/2024 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz